AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa

RECEIVED
NOV 2 9 2016
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Raynard D. Bass | ) | 1:16-mj-085 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 25, 2016_____ in the county of _____Pottawattamie_____ in the

_____Southern_____ District of _____Iowa_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 751(a) | Escape from a federal facility, in violation of Title 18, United States Code, Section 751(a) |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jameson De Nagel, Deputy US Marshal
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____11/29/2016_____

_____
*Judge's signature*

City and state: _____Council Bluffs, Iowa_____

Helen C. Adams, US Magistrate Judge
_____
*Printed name and title*

AFFIDAVIT

1. Your affiant, Jameson De Nagel, being first duly sworn on oath, deposes and states the following: Your affiant is currently employed as a Deputy United States Marshal with the United States Marshals Service in the Southern District of Iowa and has been so employed since February 2010. Your affiant is currently assigned to the Southern District of Iowa. Prior to joining the United States Marshals Service, your affiant worked two years and ten months as a United States Border Patrol Agent in Del Rio, Texas. Your affiant also served as a Military Police Officer in the Illinois Army National Guard from 1997 through 2005. Your affiant is a graduate of Southern Illinois University in Edwardsville, Illinois and Argosy Online University. Your affiant is also a graduate of the United States Marshals Service Basic Course and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center located in Brunswick, Georgia.

2. On or about July 22, 2014, a one count sealed Indictment was filed in the District of Nebraska charging that on or about April 6, 2014, Raynard Dupree BASS, having been convicted on April 10, 2007, in the District Court of Douglas County, Omaha, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of Controlled Substance, Class IV Felony, did knowing possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a Taurus PT 93 9 mm handgun, in violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2).

3. On or about November 3, 2014, the defendant appeared before Chief United Sates District Judge Laurie Smith Camp and entered a guilty plea to Count I of the Indictment.

4. On or about February 2, 2015, Raynard Dupree BASS was committed to the custody of the United States Bureau of Prisons to serve a sentence of forty-one (41) months, with a term of supervised release of three (3) years to follow.

5. On or about October 4, 2016, at approximately 12:35 pm, Raynard D. BASS was allowed an unescorted furlough from the Federal Correctional Complex Beaumont, Texas, to the CH, Inc.

Residential Reentry Center, located at 1310 South 17th Street, Council Bluffs, IA, to complete his term of imprisonment in the custody of the Bureau of Prisons (BOP). On or about October 5, 2016 Raynard D. BASS arrived at CH, Inc. Residential Reentry Center (RRC). BASS acknowledged, in writing, his understanding of the rules and regulations of the CH, Inc., and acknowledged what acts constitute the Crime of Escape. BASS'S projected release date from BOP custody at the time of his arrival to CH Inc. was on or about March 24, 2017.

6. On or about November 25, 2016, the United States Marshals Service received telephonic notice of the Raynard D. BASS Escape. On or about November 28, 2016, the United States Marshals Service received the United States Bureau of Prisons "Notice of Escaped Federal Prisoner" and a "Teletype Notice to USM of Escape" regarding the Escape of Raynard Dupree BASS from CH, Inc.

7. According to the notice of Escaped Federal Prisoner, on or about November 25, 2016, at approximately 2100 hours, Offender Raynard Dupree BASS was scheduled to return from an approved program pass and did not return. Affiant contacted a representative of CH Inc., confirmed the escape and that to date, BASS'S whereabouts remain unknown.

8. Based on the facts and information presented above, your affiant respectfully requests that an arrest warrant be issued for Raynard Dupree BASS for violation of Title 18, United States Code, 751, Escape.

Jameson De Nagel
Deputy U.S. Marshal

Subscribed and sworn in my presence this 29th day of November, 2016.

Helen C. Adams
United States Magistrate Judge